Paul J. Cambria, Jr., Esq.(SBN 177957)
Jonathan W. Brown, Esq. (SBN 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 849-1315

Peter E. Garrell, Esq. (SBN: 155177)
    pgarrell@linerlaw.com
Brian T. Hafter, Esq. (SBN: 173151)
    bhafter@linerlaw.com
Margaret P. Stevens, Esq. (SBN: 204291)
    mstevens@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiff
NINN WORX SR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINN WORX SR, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCIS MICHAEL FITZGERALD, an individual,<br><br>　　　　Defendants. | Case No. CV-09-0784 VBF (VBKx)<br><br>[Assigned for all purposes to the Jon. Valerie Baker Fairbank, Department 9]<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Date Action Filed: January 30, 2009 |

**IT IS HEREBY STIPULATED BY THE PARTIES**, through their counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a), the above-referenced action be dismissed without prejudice, each party to bear its own attorneys' fees and costs. .

Dated: April 15, 2009

LIPSITZ GREEN SCIME CAMBRIA LLP

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: /s/ *Peter E. Garrell*
Peter E. Garrell
Attorneys for Plaintiff NINN
WORX SR, INC.

Dated: April 15, 2009

LAW OFFICE OF TIMOTHY C. RILEY

By: /s/ *Timothy C. Riley*
Timothy C. Riley
Attorneys for Defendant FRANCIS
MICHAEL FITZGERALD